IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VALERO PARTNERS WEST MEMPHIS,
LLC; and VALERO MKS LOGISTICS, LLC                             PLAINTIFFS

v.                          No. 3:18-cv-49-DPM

SMITHLAND TOWING & CONSTRUCTION,
LLC; and WESTERN RIVERS BOAT
MANAGEMENT, INC.                                                DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 July 2019 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 July 2019